William NOIRMOT, J. Olsen, Peder Hansen, J. Windehl and M. Derrane, Appellants and Cross-Appellees, v. Schooner ROSEMARY, Charles J. Deneehand, Owner, and W. N. Burbidge, Master, Appellees and Cross-Appellants.

(Circuit Court of Appeals, Fourth Circuit. November 23, 1925.)

No. 2436.

Cross-Appeals from the District Court of the United States for the Eastern District of Virginia, at Norfolk; Edmund Waddill, Judge.

For opinion in court below, see 9 F.(2d) 980.

Jacob Louis Morewitz, of Newport News, Va., for appellants and cross-appellees.

John V. Groner, of Norfolk, Va. (Groner & Gary, of Norfolk, Va., S. L. Sinnott, of Richmond, Va., and Barham R. Gary, of Norfolk, Va., on the brief), for appellees and cross-appellants.

Before ROSE and PARKER, Circuit Judges, and WATKINS, District Judge.

PER CURIAM. We have considered the testimony and the oral and printed arguments. We are satisfied that the amount awarded by the decree below to the libelant Noirmot is ample to cover all claims he has against the respondents or either of them. We are not prepared to say it is excessive. We believe that the learned court below was right in holding that the other libelants had failed to establish any ground for recovery.

Affirmed.